UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

    - v. -                       :     INDICTMENT

CHRISTOPHER DAVIS,               :     07 Cr. ____
   a/k/a "Neslie Thomas,"
                              :
               Defendant.

**07 CRIM 1092**

- - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

In or about June 2007, in the Southern District of New York and elsewhere, CHRISTOPHER DAVIS, a/k/a "Neslie Thomas," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been denied admission and having been removed from the United States, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Section 1326(a).)

_____          _____
FOREPERSON                        MICHAEL J. GARCIA
                                    United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 03 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CHRISTOPHER DAVIS,
a/k/a "Neslie Thomas,"

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. § 1326(a))


MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

Post 11/07

RC
12/3/07

Indictment filed, case assigned to Judge Buchwald.

F. Maas, USMJ