UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :    ORDER

          -v.-                     :    07 Cr. 1092 (NRB)

CHRISTOPHER DAVIS,                 :
    a/k/a "Neslie Thomas,"
                                   :
              Defendant.
                                   :
- - - - - - - - - - - - - - - - - - x

   WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable Kevin N. Fox, on January 10, 2008;

   WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

   WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count One of Indictment 07 Cr. 1092 (NRB) knowingly and voluntarily, and that there is a factual basis for the guilty plea,

   IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated:     February 7, 2008

                                        *signature*
                                        The Honorable Naomi Reice Buchwald
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/08